Dennis A. Sever, Bar No. 011087
**LAW OFFICE OF DENNIS A. SEVER, PLLC**
2826 South Carriage Lane, Suite 100
Mesa, AZ 85202
Telephone: (480) 730-1855
Facsimile:  (480) 730-1856
E-mail:  DA.Sever@SeverLaw.Net
Attorneys for Defendant Thunderbird Collection Specialists, Inc.

### UNITED STATES DISTICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa E. Huey, | **Case No.:   2:21-cv-01360-MTM** |
| Plaintiff, | **CV-21-1360-PHX-SRB** |
| vs. | |
| Thunderbird Collection Specialists, | **NOTICE OF FILING DEFENDANT THUNDERBIRD COLLECTION SPECIALISTS' OFFER OF JUDGMENT** |
| Defendant. | |

Defendant Thunderbird Collection Specialists, Inc., through counsel undersigned, hereby gives notice to the Court that Defendant's Offer of Judgment pursuant to Rule 68, *FRCP,* was served upon Plaintiff's counsel of record via email on the 19th day of November, 2021.

DATED this 19th day of November, 2021.

LAW OFFICE OF DENNIS A. SEVER, PLLC

/s/Dennis A. Sever
Counsel for Defendant TCS

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November, 2021, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and to the following party through his attorney:

Alejandro D. Figueroa, Esq.
**SULAIMAN LAW GROUP, LTD.**
Suite 200
2500 South Highland Avenue
Lombard, Illinois 60148
E-mail:   afigueroa@sulaimanlaw.com
Attorneys for Plaintiff

/s/DAS